In the Matter of the Application of SIMON A. DUCHAN and Others, Appellants, for an Order, Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and JAMES MARSHALL and Others, Constituting Said Board of Education, and Others, Respondents.— Order granting appellants' motion for reargument of their motion to adjudge respondents guilty of contempt of court and, upon reargument, adhering to the original decision, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from original order dismissed, without costs. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Judicial Settlement of the First Intermediate Account of Proceedings of MORRIS SALOMON and Others, as Executors of the Last Will and Testament of SAMUEL FRANK, Deceased.  EMMA SONN and Others, Appellants; HENRY HOFHEIMER and CENTRAL HANOVER BANK AND TRUST COMPANY, as Co-Executors, etc., of SAMUEL FRANK, Deceased, and Others, Respondents.— Judicial settlement of the account of proceedings of executors. Decree of the Surrogate's Court, Westchester County, and two orders of said court dated November 1, 1940, in so far as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

T. ORCHARD LISLE, Respondent, v. MONA PALMER, Also Known as Mrs. RUSSELL PALMER, as Executrix and/or Trustee under the Last Will and Testament of RUSSELL PALMER, Deceased, and as Executrix and/or Trustee under the Last Will and Testament of RUSSELL PALMER, Deceased, Doing Business under the Name and Style of " WORLD PETROLEUM " and/or the " ESTATE OF RUSSELL PALMER," Appellant.— Appeal by defendant in her capacity as a foreign executrix-trustee from an order denying her motion to vacate and set aside the service of the summons upon her in her representative capacity, upon the ground that the court has no jurisdiction over her as a foreign executrix-trustee. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.